## ROYALTY *v.* GUTHNER, ADMINISTRATRIX.

[No. 13,896.   Filed February 18, 1930.   Petition for rehearing with-
drawn April 12, 1930.]

*Clyde P. Miller* and *Harry D. Hatfield,* for appellant.
*Joseph Collier* and *Earl R. Cox,* for appellee.

REMY, C. J.—Dismissed, on authority of *Milburn* v. *Cory* (1915),
184 Ind. 341, 110 N. E. 193.

## RUBENS *v.* COHEN.

[No. 13,827.   Filed May 2, 1930.]

*Laurens L. Henderson, Cook & Walker* and *Charles E. Henderson,* for
appellant.
*Ralph K. Kane, Gideon W. Blain* and *Robert Hollowell, Jr.,* for ap-
pellee.

REMY, J.—The only question presented by this appeal is the suffi-
ciency of the evidence.   There is competent evidence to sustain the
verdict.
The judgment is affirmed.

## PLACH *v.* STATE OF INDIANA.

[No. 13,983.   Filed May 14, 1930.]

*Henry H. Winkler,* for appellant.
*James M. Ogden,* Attorney-General, and *Merl M. Wall,* Deputy
Attorney-General, for the State.

REMY, C. J.—Dismissed, on authority of *Dudley* v. *State* (1928),
200 Ind. 398, 161 N. E. 1.